LANE, Respondent, v. GREEN, Appellant.

(222 N. W. 609.)

(File No. 6758. Opinion filed December 31, 1928.)

*P. F. Ward,* of Hot Springs, for Appellant.
*Eastman & Eastman,* of Hot Springs, for Respondent.

PER CURIAM. In the above cause an appeal is sought to be taken from a judgment dated the 16th day of June, 1927. Certified copy of the notice of appeal was filed in this court on July 3, 1928, and the original notice of appeal has not been filed. There has been no extension of time, and no brief has been filed by appellant. Therefore, pursuant to rule 5 of this court, the appeal must be deemed abandoned, and the judgment appealed from is affirmed.